932 F.2d 960
 Joy Manufacturing Company
v.
Pullman-Peabody Company, Begel (Thomas M.), Ford (Gerald
R.), Gould (Jane Mack), McConnaughy (John E.), Montgomery
(Edward A., Jr.), Shepley (James R.), Shulman (Steven),
Yedco Partners, L.P., Yed Corp., CCI Acquisition Corp.,
Pullman Acquisition Company, Berger (Cynthia), Custodian for
Berger (Andrew C.); Joy Manufacturing Company, Berger
Kapetan Malakoff & Meyers, P.C., Bernstein Litowitz Berger & Grossman
 NOS. 90-3625, 90-3644
 United States Court of Appeals,
Third Circuit.
 APR 26, 1991
 
 Appeal From: W.D.Pa.,
 Diamond, J.,
 
 742 F.Supp. 911
 
 1
 AFFIRMED.